```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE A05-0141--CV (RRB)
                  "TRUSTEES-AK TROWEL TRADE ET AL V GEN CONCRETE"

            Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 06/16/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (791) Employee Retirement Income Security Act of 1974
                   FAILURE TO CONTRIBUTE TO BENEFIT FUNDS
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 06/16/05 receipt # 00125968
          Trial by:
```

Parties of Record:                              Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | TRUSTEES-AK TROWEL TRADES PENSION & | Sarah E. Josephson<br>Jermain Dunnagan et al<br>3000 A Street, Suite 300<br>Anchorage, AK 99503<br>907-563-8844<br>FAX 907-563-7322 |
| PLF 2.1 | ALASKA LABORERS HEALTH & SECURITY TRUST FUND | Sarah E. Josephson<br>(see above) |
| DEF 1.1 | GENERAL CONCRETE INC | No counsel found for this party! |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A05-0141--CV (RRB)
                       "TRUSTEES-AK TROWEL TRADE ET AL V GEN CONCRETE"

                                       For all filing dates
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
              Filed: 06/16/05
             Closed: NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (791) Employee Retirement Income Security Act of 1974
                    FAILURE TO CONTRIBUTE TO BENEFIT FUNDS
             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $250.00 on 06/16/05 receipt # 00125968
           Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 06/16/05 | Complaint filed; Summons issued. |
| 2 - 1 | 08/12/05 | PLF 1-2 Return of Service Executed re: DEF 1 on 7/22/05. |
| 3 - 1 | 08/17/05 | DEF 1 Answer to Complaint. |
| 4 - 1 | 08/18/05 | RRB Minute Order re pursuant to local rule 83.2(f)(2), partnerships, corps, & assoc must be represnet by any atty; def has until 9/23/05 to retain cnsl & file a proper answer to complaint. cc: cnsl |
| 5 - 1 | 09/29/05 | PLF 1-2 Application for entry of default as to DEF 1 w/att aff. |
| 6 - 1 | 09/30/05 | RRB Amended Minute Order pursuant to LR 83.1(f)(2) def shall have until 10/31/05 to retain counsel and file a proper answer to plf's complaint. cc: cnsl, L. Belarde |
| 7 - 1 | 09/30/05 | Clerk's Notice that default can not be entered as to DEF 1 pursuant to additional time given to find cnsl and file answer pursuant to MO at dkt #6. cc: cnsl, L.Belarde |
| 8 - 1 | 10/28/05 | DEF 1 Unopposed motion for continuance/extension of time until 11/15/05 for defendant to obtain counsel and settlement offer. |
| 8 - 2 | 11/02/05 | RRB Order granting unopposed motion for continuance/extension of time until 11/15/05 for defendant to obtain counsel (8-1).  cc: cnsl |