Sarah E. Josephson, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 'A' Street, Suite 300
Anchorage, Alaska  99503
(907) 563-8844

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRUSTEES of the ALASKA TROWEL TRADES PENSION AND APPRENTICESHIP TRUST FUNDS, and the ALASKA LABORERS HEALTH AND SECURITY FUND,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>GENERAL CONCRETE, INC.,<br><br>　　　　　Defendant. | Case No. 3:05-CV-141-RRB |

## APPLICATION FOR ENTRY OF DEFAULT

To the Clerk of the Court:

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Rule 55.1, Plaintiffs request that you enter the default of General Concrete, Inc. for failure to plead in or otherwise defend this action as required by law and addressed in the attached affidavit of counsel.

DATED this _____ day of January, 2006 at Anchorage, Alaska.

JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for Plaintiffs

By: s/Sarah E. Josephson
Sarah E. Josephson
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK  99503
(907) 563-8844
(907) 563-7322
sjosephson@jdolaw.com
ABA No. 9705017

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by mail this ____ day of January, 2006, on:

General Concrete, Inc.
c/o Lawrence Belarde
7140 Stella No. 2
Anchorage, Alaska 99507


s/Sarah E. Josephson
#107214