Sarah E. Josephson, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 'A' Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRUSTEES of the ALASKA TROWEL TRADES PENSION AND APPRENTICESHIP TRUST FUNDS, and the ALASKA LABORERS HEALTH AND SECURITY FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL CONCRETE, INC.,<br><br>Defendant. | Case No. 3:05-CV-141-RRB |

## AFFIDAVIT FOR ENTRY OF DEFAULT

STATE OF ALASKA            )
                          ) ss.
THIRD JUDICIAL DISTRICT    )

Sarah E. Josephson, being first duly sworn, deposes and states:

1.  I am an attorney for Plaintiffs in the above-entitled action.

2. As evidenced by the attached Affidavit of Proof of Service, service was made by certified return receipt mail, restricted delivery, on Defendant General Concrete, Inc. on July 22, 2005. *See* Exhibit 1.

3. The time within which Defendant General Concrete, Inc. could retain counsel and file a proper answer has expired without such action by Defendant. Docket #6.

4. Defendant contacted counsel's office to request additional time after its first non-opposed extension. *See* Docket # 8. I instructed my assistant to contact the Defendant's Office and let its owners/representatives know that they would need to Motion the Court for more time. To my knowledge, defendant has not moved the Court for more time or retained counsel.

5. This litigation has been pending since late July with almost no action on the part of Defendant and with Defendant's non-compliance with the Court's order to retain counsel. Docket # 6.

6. Application for entry of default of Defendant General Concrete, Inc. is being made by Plaintiffs based on Defendant's failure to obtain counsel, plead in or otherwise defend this action as required by Local Rule 83.1(f)(2) and the Court's Order at Docket #4.

7. To the best of my knowledge, Defendant General Concrete, Inc. is not an infant, incompetent person, nor in the military service, and has not requested a stay pursuant to the Service Members Civil Relief Act.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Affidavit for Entry of Default
Case No. 3:05-CV-141-RRB

Page 2 of 3

FURTHER YOUR AFFIANT SAYETH NAUGHT.

By: _____
Sarah E. Josephson

SUBSCRIBED AND SWORN to before me this 6th day of January, 2006 at Anchorage, Alaska.

_____
NOTARY PUBLIC in and for Alaska
My Commission Expires: 3/20/07

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by mail this _____ day of January, 2006, on:

General Concrete, Inc.
c/o Lawrence Belarde
7140 Stella No. 2
Anchorage, Alaska 99507

s/Sarah E. Josephson
#107218

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322