Sarah E. Josephson, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 'A' Street, Suite 300
Anchorage, Alaska  99503
(907) 563-8844

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| TRUSTEES of the ALASKA TROWEL TRADES PENSION AND APPRENTICESHIP TRUST FUNDS, and the ALASKA LABORERS HEALTH AND SECURITY FUND,<br><br>    Plaintiffs,<br><br>vs.<br><br>GENERAL CONCRETE, INC.,<br><br>    Defendant. | Case No. 3:05-CV-141-RRB |

## **ENTRY OF DEFAULT**

It appearing that General Concrete, Inc. is in default for failure to obtain counsel to plead in or otherwise defend this action as required by law, default is hereby entered this ____ day of _____, 2006.

_____
CLERK OF THE TRIAL COURT

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct
copy of the foregoing was served by mail
this _____ day of January, 2006, on:

General Concrete, Inc.
c/o Lawrence Belarde
7140 Stella No. 2
Anchorage, Alaska 99507


s/Sarah E. Josephosn
#107212