| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ 7160 3901 9848 4317 0506 | A. Received by (Please Print Clearly) A. Grulen | B. Date of Delivery |
| | C. Signature X [signature] | ☐ Agent ☐ Addressee |
| 3. Service Type  CERTIFIED MAIL | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 4. Restricted Delivery? (Extra Fee)   X Yes | JLC | |
| 1. Article Addressed to: Lawrence Belarde Registered Agent General Concrete 7140 Stella No. 2 Anchorage, AK 99507 | JUL 2 7 2005 | |
| general concrete | sej | |
| PS Form 3811, July 2001 | Domestic Return Receipt | |

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Exhibit 1
Page 1 of 2



**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7160 3901 9848 4317 0506**
Status: **Delivered**

Your item was delivered at 9:55 am on July 22, 2005 in ANCHORAGE, AK 99507.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )



**POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

Exhibit 1
Page 2 of 2

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                    7/26/05