IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| TRUSTEES of the ALASKA TROWEL TRADES PENSION AND APPRENTICESHIP TRUST FUNDS, and the ALASKA LABORERS HEALTH AND SECURITY FUND, | ) ) ) ) ) ) ) | 3:05-cv-141 TMB |
| Plaintiffs, | ) ) | ORDER RE: APPLICATION FOR ENTRY OF DEFAULT |
| v. | ) ) | |
| GENERAL CONCRETE, INC., | ) ) | |
| Defendant. | ) ) | |

On September 30, 2005, Defendant General Concrete, Inc., was directed to obtain counsel pursuant to LR 83.1(f)(2). Docket 6. On October 28, 2005, Defendant General Concrete indicated that it was attempting to obtain counsel, and requested an additional two weeks until November 15, 2005, to do so. Docket 8. On January 6, 2006, Plaintiffs moved for Default against General Concrete. Docket 9. Having received no entry of appearance on behalf of General Concrete, and no proper answer having been filed, it is hereby ordered that Plaintiff's Motion for Entry of Default at Docket 9 is GRANTED. The clerk shall enter default as to General Concrete. The clerk is further instructed to serve a copy of this order on General Concrete, Inc., at the address indicated on the pleading at Docket 8.

Dated this the 13th day of March, 2006.

/s/ Timothy Burgess
Timothy M. Burgess
District Court Judge