Sarah E. Josephson, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 'A' Street, Suite 300
Anchorage, Alaska  99503
(907) 563-8844

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRUSTEES of the ALASKA TROWEL TRADES PENSION AND APPRENTICESHIP TRUST FUNDS, and the ALASKA LABORERS HEALTH AND SECURITY FUND,<br><br>                    Plaintiffs,<br><br>vs.<br><br>GENERAL CONCRETE, INC.,<br><br>                    Defendant. | Case No. 3:05-CV-141-RRB |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT GENERAL CONCRETE, INC.

COME NOW plaintiffs, Trustees of the Alaska Trowel Trades Pension and Apprenticeship Trust Funds, and the Alaska Laborers Health and Security Fund, by and through their attorneys of record, Jermain, Dunnagan & Owens, P.C., and move pursuant to Fed. R. Civ. P. 55(b), for entry of default judgment in their favor against defendant General Concrete, Inc. for all amounts owing to plaintiffs for failure to plead in or otherwise defend this action as required by law.  This motion is supported by the attached memorandum.

DATED in Anchorage, Alaska this _____ day of May, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for Plaintiffs


By: _____ s/Sarah E. Josephson _____
        Sarah E. Josephson
        Jermain, Dunnagan & Owens
        3000 A Street, Suite 300
        Anchorage, AK  99503
        (907) 563-8844
        (907) 563-7322
        sjosephson@jdolaw.com
        ABA No. 9705017