## Alaska Trowel Trades - General Concrete
(unreported hours)

| Year | Month | Unreported Hours | Date Due | Pension ($5.00) | Health (Laborers) ($4.15) | Apprentice-ship ($.65) | CIPF ($.05) | Local 867 ($1.40) | Total Contrib. | Liquidated damages (4%) | Interest (10%) * | Total Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2003 | April | 16.5 | 5/15/03 | $82.50 | $68.48 | $10.73 | $0.83 | $23.10 | $185.64 | $6.04 | $47.93 | $239.61 |
| 2003 | June | 30.0 | 7/15/03 | $150.00 | $124.50 | $19.50 | $1.50 | $42.00 | $337.50 | $10.98 | $82.24 | $430.72 |
| 2003 | July | 105.0 | 8/15/03 | $525.00 | $435.75 | $68.25 | $5.25 | $147.00 | $1,181.25 | $49.41 | $279.10 | $1,509.76 |
| 2003 | Aug | 29.0 | 9/15/03 | $145.00 | $120.35 | $18.85 | $1.45 | $40.60 | $326.25 | $49.04 | $74.67 | $449.96 |
| 2003 | Sept | 63.0 | 10/15/03 | $315.00 | $261.45 | $40.95 | $3.15 | $88.20 | $708.75 | $33.67 | $157.14 | $899.56 |
| 2003 | Oct | 37.5 | 11/15/03 | $187.50 | $155.63 | $24.38 | $1.88 | $52.50 | $421.89 | $36.78 | $90.42 | $549.09 |
|  |  | 281 |  | $1,405.00 | $1,166.16 | $182.66 | $14.06 | $393.40 | $3,161.28 | $185.92 | $731.50 | $4,078.70 |

*calculated through -   05/01/2006

| Summary of Amounts Owed (unreported hours) | |
|---|---|
| Contributions | $3,161.28 |
| Liquidated Damages | $185.92 |
| Interest | $731.50 |
| Audit (Trowel & Laborers) | $4,820.00 |
| TOTAL | $8,898.70 |

EXHIBIT 6