Sarah E. Josephson, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 'A' Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

TRUSTEES of the ALASKA TROWEL TRADES
PENSION AND APPRENTICESHIP TRUST
FUNDS, and the ALASKA LABORERS HEALTH
AND SECURITY FUND,

        Plaintiffs,

vs.

GENERAL CONCRETE, INC.,

        Defendant.

Case No. 3:05-CV-141-RRB

STATE OF ALASKA      )
                           ) ss.
THIRD JUDICIAL DISTRICT  )

### AFFIDAVIT OF TANA HART

Tana Hart, being first duly sworn, deposes and states as follows:

1.    I am the Collections Coordinator for the Laborers Trust Funds and have knowledge of the facts stated herein. The statements made in this affidavit are true and correct to the best of my knowledge.

2.    The document attached as Exhibit 4 to plaintiffs' Memorandum in Support of Motion for Entry of Default Judgment is a true and correct copy of the audit performed by Lockitch, Clements & Rice of the payroll examination of General Concrete, Inc. for the period

EXHIBIT 7

January 2003 through December 2003 for amounts due to the Alaska Laborers-Employers Health Trust Fund. Exhibit 4, page 1, references unreported hours as determined through examination of payroll check registers, information provided by employer, a State quarterly payroll tax report, and Federal W-2 forms for the period January 2003 through December 2003, relating to account numbers 37401, 37403 and 37411 available to Lockitch, Clements & Rice at the time of examination.

3.  As reflected in Exhibit 4, General Concrete, Inc. owes contributions to the Alaska Laborers Trust Funds for 281 unreported hours for the period of April 2003 and June through October 2003.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Date: 5-2-06

_____
Tana Hart

SUBSCRIBED AND SWORN to before me this ____ day of May, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 4-07-09

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322