# Alaska Trowel Trades - General Concrete
(reported hours)

| Year | Month | Contributions Due | Payment Rec'd | Liquidated Damages | Interest | Total Due |
|---|---|---|---|---|---|---|
| 2002 | May | $9,168.64 | $9,168.64 | $314.78 | $70.20 | $384.98 |
| | | | $70.20 | | -$70.20 | $314.78 |
| 2002 | June | $9,175.92 | $9,175.92 | $317.53 | $39.00 | $356.53 |
| | | | $39.00 | | -$39.00 | $317.53 |
| 2002 | July | $8,397.54 | $8,397.54 | $291.75 | $69.02 | $360.77 |
| | | | $69.02 | | -$69.02 | $291.75 |
| 2002 | Aug | $6,980.55 | $6,980.55 | $241.56 | $45.54 | $287.10 |
| | | | $45.54 | | -$45.54 | $241.56 |
| 2002 | Oct | $3,451.35 | $3,451.35 | $119.43 | $9.80 | $129.23 |
| | | | $9.80 | | -$9.80 | $119.43 |
| 2003 | Apr | $7,430.64 | $7,430.64 | $260.24 | $33.76 | $294.00 |
| | | | $33.76 | | -$33.76 | $260.24 |
| 2003 | May | $14,107.50 | $14,107.50 | $495.65 | $32.00 | $527.65 |
| | | | $32.00 | | -$32.00 | $495.65 |
| 2003 | June | $11,632.50 | $11,632.50 | $407.40 | $79.20 | $486.60 |
| | | | $79.20 | | -$79.20 | $407.40 |
| 2003 | Aug | $2,520.00 | $2,520.00 | $88.26 | $17.75 | $106.01 |
| | | | $17.75 | | -$17.75 | $88.26 |
| 2003 | Sep | $8,803.14 | $8,803.14 | $308.31 | $20.00 | $328.31 |
| | | | $20.00 | | -$20.00 | $308.31 |
| 2003 | Oct | $5,906.25 | $2,953.00 | $206.85 | $76.10 | $282.95 |
| | | | $2,953.25 | | -$76.10 | $206.85 |
| | | $87,574.03 | $87,990.30 | $3,051.76 | $0.00 | $3,051.76 |

| Summary of Amounts Owed (reported hours) | |
|---|---|
| Contributions | $0.00 |
| Liquidated Damages | $3,051.76 |
| Interest | $0.00 |
| **TOTAL** | **$3,051.76** |

EXHIBIT 9