Sarah E. Josephson, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 'A' Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRUSTEES of the ALASKA TROWEL TRADES PENSION AND APPRENTICESHIP TRUST FUNDS, and the ALASKA LABORERS HEALTH AND SECURITY FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL CONCRETE, INC.,<br><br>Defendant. | Case No. 3:05-CV-141-RRB |

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT   )

### AFFIDAVIT OF THOMAS FROHLICH

Thomas Frohlich, being first duly sworn, deposes and states as follows:

1. I am the Business Manager for the Alaska Trowel Trades Trust Funds and have knowledge to the facts stated herein. The statements made in this affidavit are true and correct to the best of my knowledge.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

EXHIBIT 8

2. The Trowel Trades are associated with the Laborers Health and Security Fund in that they receive health benefits through that fund. See Exhibit 1 to plaintiffs' Memorandum in Support of Motion for Entry of Default Judgment which states in part:

> Section 3. Trust Fund Obligations: The undersigned Contractor agrees to make, and be responsible for, all contributions to all applicable Health and Welfare Trust Funds, Pension Trust Funds, Training Trust Funds, and any other applicable Trust Fund established by the terms and conditions of the Master Agreement incorporated herein, and the Contractor on behalf of itself, subcontractors, allies, joint ventures and/or partners further agrees to be bound by all of the terms and conditions of the Trust Agreements creating the respective Trust Funds and any amendments heretofore or hereafter adopted.

3. The document attached as Exhibit 5 to plaintiffs' Memorandum in Support of Motion for Entry of Default Judgment is a true and correct copy of the audit performed by Lockitch, Clements & Rice of the payroll examination of General Concrete, Inc. for the period January 2003 through December 2003 for amounts due to the Alaska Trowel Trades Pension Trust Fund. Exhibit 5, page 1, references unreported hours as determined through examination of payroll check registers, information provided by employer, a State quarterly payroll tax report, and Federal W-2 forms for the period January 2003 through December 2003, relating to account numbers 37401, 37403 and 37411 available to Lockitch, Clements & Rice at the time of examination.

4. As reflected in Exhibit 5, General Concrete, Inc. owes contributions to the Alaska Trowel Trades Trust Funds for 281 unreported hours for the period of April 2003 and June through October 2003.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Date: 5-3-06

_____
Thomas Frohlich

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

SUBSCRIBED AND SWORN to before me this 3rd day of May, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 4-07-09



LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Affidavit of Thomas Frohlich
Case No. 3:05-CV-141