Sarah E. Josephson, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 'A' Street, Suite 300
Anchorage, Alaska  99503
(907) 563-8844

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRUSTEES of the ALASKA TROWEL TRADES PENSION AND APPRENTICESHIP TRUST FUNDS, and the ALASKA LABORERS HEALTH AND SECURITY FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL CONCRETE, INC.,<br><br>Defendant. | Case No. 3:05-CV-141-TMB |

## STATUS REPORT

COME NOW plaintiffs, Trustees of the Alaska Trowel Trades Pension and Apprenticeship Trust Funds, and the Alaska Laborers Health and Security Fund, by and through their attorneys of record, Jermain, Dunnagan & Owens, P.C., and files this status report pursuant to this Court's order of May 8, 2006.

This action arises under §§ 502(e)(1) and 515 of the Employee Retirement Income Security Act, as amended, 29 U.S.C. §§ 1132(e)(1) and 1145.

On June 16, 2005, plaintiffs filed a complaint against defendant General Concrete for failing to report and make complete trust fund contributions as agreed to in the Collective Bargaining Agreement and Trust Agreements.

On July 22, 2005, General Concrete was served with the complaint in this matter via restricted delivery, return receipt mail.

On August 18, 2005, General Concrete was ordered to obtain legal counsel. To date General Concrete has not obtained legal counsel in this matter.

Plaintiffs moved for entry of default on January 6, 2006, and were granted default on March 13, 2006.

On May 3, 2006, Plaintiffs' moved for default judgment, which has not yet been ruled on by this Court.

DATED in Anchorage, Alaska this 12th day of May, 2006.

        JERMAIN, DUNNAGAN & OWENS, P.C.
        Attorneys for Plaintiffs

By:    s/Sarah E. Josephson
        Sarah E. Josephson
        Jermain, Dunnagan & Owens
        3000 A Street, Suite 300
        Anchorage, AK  99503
        (907) 563-8844
        (907) 563-7322
        sjosephson@jdolaw.com
        ABA No. 9705017