IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRUSTEES of the ALASKA TROWEL TRADES PENSION AND APPRENTICESHIP TRUST FUNDS, and the ALASKA LABORERS HEALTH AND SECURITY FUND,<br><br>    Plaintiffs,<br><br>vs.<br><br>GENERAL CONCRETE, INC.,<br><br>    Defendant. | Case No. 3:05-CV-141-TMB |

## DEFAULT JUDGMENT

General Concrete, Inc., Defendant herein, having been served by certified mail on July 22, 2005, and Defendant having failed to plead or otherwise defend said action, the legal time for pleading or otherwise defending having expired and default of Defendant having been duly entered according to law, upon the application of Plaintiffs, judgment is hereby entered against said Defendant pursuant to the prayer of Plaintiffs' complaint.

THEREFORE, IT IS HEREBY ORDERED that Plaintiffs have judgment against and recover from Defendant GENERAL CONCRETE, INC. on the principal amount of $3,161.28 for unpaid contributions for April 2003 and June through October 2003, liquidated damages in the amount of $185.92, interest at the rate of 10% per annum through May 1, 2006 in the amount of $731.50, $4,820.00 for accounting services, $3,051.76 in liquidated damages for May through June 2002, October 2002, April through June 2003, and August through October 2003, attorney's

fees in the amount of $_____, plus costs in the amount of $_____,

for a total judgment in the amount of $_____.  Post-judgment interest shall

accrue at the highest allowable interest rate per annum from May 1, 2006, until paid.

    LET EXECUTION ISSUE FORTHWITH.


DATED: May 17, 2006                      /s/ Timothy M. Burgess
                                            TIMOTHY M. BURGESS
                                            U.S. DISTRICT COURT JUDGE