Sarah E. Josephson, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 'A' Street, Suite 300
Anchorage, Alaska  99503
(907) 563-8844

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRUSTEES of the ALASKA TROWEL TRADES PENSION AND APPRENTICESHIP TRUST FUNDS, and the ALASKA LABORERS HEALTH AND SECURITY FUND,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>GENERAL CONCRETE, INC.,<br><br>　　　　　　　Defendant. | Case No. 3:05-CV-141-RRB |

## MOTION FOR ATTORNEYS' FEES

COME NOW plaintiffs, Trustees of the Alaska Trowel Trade Pension, Apprenticeship Trust Funds and the Alaska Laborers Construction Industry Health and Security Trust Fund, (Trowel Trades Trust Funds) by and through their attorneys of record, Jermain, Dunnagan & Owens, P.C., and pursuant to judgment entered May 17, 2006, hereby move the Court for an award of attorney fees in the amount of $8,140.00 for the collection of unpaid employee benefit contributions for April 2003 and June through October 2003, liquidated damages in the amount of $185.92, interest at the rate of 10%

per annum through May 1, 2006, in the amount of $731.50, $4,820.00 for accounting services, $3,051.76 in liquidated damages for May through June 2002, October 2002, April through June 2003 and August through October 2004. This motion is supported by the memorandum and affidavit submitted herewith.

DATED in Anchorage, Alaska this _____ day of May, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for Plaintiffs

By:      s/Sarah E. Josephson
         Sarah E. Josephson
         Jermain, Dunnagan & Owens
         3000 A Street, Suite 300
         Anchorage, AK  99503
         (907) 563-8844
         (907) 563-7322
         sjosephson@jdolaw.com
         ABA No. 9705017

#116480