Sarah E. Josephson, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 'A' Street, Suite 300
Anchorage, Alaska  99503
(907) 563-8844

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRUSTEES of the ALASKA TROWEL TRADES PENSION AND APPRENTICESHIP TRUST FUNDS, and the ALASKA LABORERS HEALTH AND SECURITY FUND,<br><br>                    Plaintiffs,<br><br>vs.<br><br>GENERAL CONCRETE, INC.,<br><br>                    Defendant. | Case No. 3:05-CV-141-RRB |

## ORDER GRANTING ATTORNEYS FEES

Plaintiffs, Trustees of the Alaska Trowel Trades Pension Trust Fund, Alaska Trowel Trades Apprenticeship Trust Funds, and the Alaska Laborers-Construction Health and Securities Fund, having moved for an award of attorney fees, and this Court having considered Plaintiffs' motion and any opposition thereto,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Attorney Fees is GRANTED.  Plaintiffs, Trustees of the Alaska Trowel Trades Pension Trust Fund, Alaska Trowel Trades Apprenticeship Trust Funds, and the Alaska Laborers-Construction Health and

Securities Fund, are awarded attorney fees in the amount _____, plus costs in the amount of $_____, for the collection of the principal amount of $3,161.28 for unpaid contributions for April 2003 and June through October 2003, liquidated damages in the amount of $185.92, interest at the rate of 10% per annum through May 1, 2006, in the amount of $731.50, $4,820.00 for accounting services, $3,051.76 in liquidated damages for May through June 2002, October 2002, April through June 2003, and August through October 2004, for a total judgment in the amount of $_____.  Post-judgment interest shall accrue at the highest allowable interest rate per annum from May 1, 2006, until paid.

        LET EXECUTION ISSUE FORTHWITH.


Dated:_____                                   _____
                                        TIMOTHY M. BURGESS
                                        U.S. DISTRICT COURT JUDGE