Sarah E. Josephson, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 'A' Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRUSTEES of the ALASKA TROWEL TRADES PENSION AND APPRENTICESHIP TRUST FUNDS, and the ALASKA LABORERS HEALTH AND SECURITY FUND,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>GENERAL CONCRETE, INC.,<br><br>　　　　　　Defendant. | Case No. 3:05-CV-141-RRB |

### AFFIDAVIT OF SARAH E. JOSEPHSON

STATE OF ALASKA          )
                         )ss.
THIRD JUDICIAL DISTRICT  )

　　　　Sarah E. Josephson, being first duly sworn, deposes and states as follows:

　　　　1.　　I am employed by the firm of Jermain, Dunnagan & Owens, P.C., counsel to plaintiffs, and have knowledge of the facts to which I attest herein.

　　　　2.　　Attached hereto as Exhibit 1 are true and correct copies of the billing statements maintained by Jermain, Dunnagan & Owens for this client and this matter.

3.   At all times during this litigation, the billing rate of attorneys involved in this matter was $150.00 - $175.00 per hour.

4.   Three paralegals assisted in this action. Their time is billed at an hourly rate of $95.00 - $110.00 per hour.

5.   One law clerk assisted in this action. His time is billed at an hourly rate of $85.00 per hour.

6.   Counsel, paralegals and the law clerk spent 59.0 hours working on collections for contributions owing. Of those, 17.3 hours were spent by paralegals, 1.8 the by law clerk; and 39.9 hours were spent by attorneys.

7.   The rates of other attorneys practicing in the area of ERISA, with whom I am aware, range from $140 - $195 per hour.

8.   In prosecuting this cause of action, counsel and paralegal for the plaintiffs were required to perform the following tasks:

   a.   investigate background facts; prepare various demands and correspondence;

   b.   review records and compute the status of the delinquency;

   c.   prepare and file a complaint;

   d.   conduct factual and legal research regarding coverage;

   e.   prepare and file an application for entry of default judgment and a motion for default judgment;

   f.   prepare and file a motion for attorneys' fees; and

   g.   In addition, an extensive amount of time was spent trying to resolve this case with General Concrete.

9. All of the foregoing activities of counsel, paralegals and the law clerk represent a reasonable effort in the prosecution of this case.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this 22 day of May, 2006.

By: _____
Sarah E. Josephson

SUBSCRIBED AND SWORN to or affirmed before me at Anchorage, Alaska, on this 22 day of May, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 3/20/07

#116485

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Affidavit of Sarah E. Josephson
Case No. 3:05-CV-0141-RRB

Page 3 of 3