Jermain, Dunnagan & Owens
Billing Detail for
Trowel Trades Trusts

Matter # 00161[1]

| DATE | ID | FOR PROFESSIONAL SERVICES RENDERED | HRS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 08/10/2005 | HRK | Prepare application, affidavit and entry of default; file research to determine when complaint was served on defendant, forward draft to Attorney Josephson | 1.70 | 110.00 | $187.00 |
| 08/12/2005 | SEJ | Review Application for Entry of Default, Affidavit for Entry of Default and Entry of Default; Provide instruction re: confirming no answer was filed and then finalizing and filing same. | 0.30 | 160.00 | $48.00 |
| 08/17/2005 | SEJ | Finalize application for entry of default, entry of default, and affidavit in support; Provide instruction re: filing and service of same | 0.20 | 160.00 | $32.00 |
| 08/18/2005 | SEJ | Review answer to complaint from General Concrete; Provide instruction re: faxing same to Tana for her files. | 0.20 | 160.00 | $32.00 |
| 08/22/2005 | SEJ | Receipt and review of court order re: General Concrete hiring counsel. | 0.10 | 160.00 | $16.00 |
| 09/20/2005 | DTA | Update calculations for status report. | 0.30 | 110.00 | $33.00 |
| 09/21/2005 | DTA | Review letter from Michael Gallagher. | 0.10 | 110.00 | $11.00 |
| 09/25/2005 | SEJ | Draft e-mail to staff providing instruction to check the court file during the coming week to see if employer has retained counsel who has filed an answer; Provide instruction re: moving for default if no answer has been filed. | 0.10 | 160.00 | $16.00 |
| 09/27/2005 | SEJ | Receipt of message re: courier's review of court file; Provide instruction re: moving for entry of default. | 0.10 | 160.00 | $16.00 |
| 09/28/2005 | SEJ | Finalize application for entry of default, affidavit, and entry of default based on requirements of Local Rule 83.1 requiring corporations to be represented by counsel; Provide instruction re: filing of same. | 0.40 | 160.00 | $64.00 |
| 09/30/2005 | DTA | Review email from Tana re: amounts owed to Trowel Trades; review payment spreadsheets | 0.50 | 110.00 | $55.00 |
| 10/06/2005 | DTA | Review email from Tana. | 0.10 | 110.00 | $11..00 |
| 10/30/2005 | SEJ | Receipt and review of fax from General Concrete; Provide instruction re: calendaring additional time for them to answer | 0.10 | 160.00 | $16.00 |
| 11/14/2005 | SEJ | Receipt of message from Lawrence Belarde re: status of offer; Provide instruction to inform him settlement offer has been forwarded to client for review, but that his answer is due in court tomorrow unless he seeks further time; Receipt and review of fax re: same. | 0.30 | 160.00 | $48.00 |
| 12/26/2005 | SEJ | Review file; Draft fax memo to General Concrete rejecting settlement offer and addressing status of litigation; Provide instruction re: same. | 0.40 | 160.00 | $64.00 |
| 12/27/2005 | SEJ | Provide instruction re: finalizing memo to General Concrete as to settlement and attaching court's order. | 0.10 | 160.00 | $16.00 |
| 12/15/2005 | DTA | Conference w/SEJ and Tana Hart | 0.10 | 110.00 | $11.00 |
| 01/04/2006 | DTA | Collection status conference w/SEJ | 0.10 | 110.00 | $11.00 |
| 01/11/2006 | SEJ | Telephone from bar association; Inform Randy re: same; Telephone | 0.40 | 160.00 | $64.00 |

---

[1] There are two matters referenced for General Concrete (39000.112 and 39000.161). The original matter opened in 1996 was for collection of unpaid contributions is #39000.112. That matter number was used until 2005 when a new file was opened for collection of additional unpaid contributions by General Concrete, file #39000.161.

1

EXHIBIT 1

| DATE | ID | FOR PROFESSIONAL SERVICES RENDERED | HRS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | Tana re: same [left message]. | | | |
| 01/12/2006 | SEJ | Draft e-mail to bar association re: Belarde complaint; Receipt of e-mail from bar counsel re: same. | 0.20 | 160.00 | $32.00 |
| 01/26/2006 | SEJ | Receipt and review of letter from Bar Association dismissing Belarde's complaint; Draft e-mail to Randy re: same. | 0.10 | 160.00 | $16.00 |
| 01/29/2006 | SEJ | Draft e-mail to paralegal re: conferring with Tom to make certain we have documentation as to all amounts owing; Analysis of amending complaint re: same. | 0.20 | 160.00 | $32.00 |
| 01/31/2006 | SEJ | Telephone from Bar Association re: Belarde's request for reconsideration; Review file re: same. | 0.40 | 160.00 | $64.00 |
| 02/02/2006 | SEJ | Review letter from Lawrence Belarde requesting reconsideration of bar complaint; Receipt and review of letter from Steve Van Goor addressing same. | 0.20 | 160.00 | $32.00 |
| 03/09/2006 | DTA | Conference w/SEJ | 0.10 | 110.00 | $11.00 |
| 03/13/2006 | SEJ | Receipt of email from federal court regarding granting entry of default; draft email to staff re same | 0.10 | 110.00 | $11.00 |
| 03/14/2006 | SEJ | provide instruction re re-submitting motion for default judgment and beginning work on attorney fees motion and cost bill | 0.20 | 160.00 | $32.00 |
| 03/14/2006 | LDL | Review file re motion for attorney fees | 1.30 | 150.00 | $195.00 |
| 03/16/2006 | SEJ | Analysis of status with Randy | 0.20 | 160.00 | $32.00 |
| 03/21/2006 | LDL | Draft motion for entry of default judgment | 2.00 | 150.00 | $300.00 |
| 03/27/2006 | SEJ | Begin dictation of Motion, Memorandum, Affidavit, and Order for Attorney Fees; Provide instruction re attaching and labeling exhibits for same | 1.30 | 160.00 | $208.00 |
| 03/28/2006 | SEJ | Telephone with Tom and Tana; Review amounts owing; Provide instruction re follow-up | 1.80 | 160.00 | $288.00 |
| 03/28/2006 | DTA | Conferences w/SEJ; review file to determine contributions owed; begin preparing default judgment; calls to/from Tana Hart; call/email to Tom Frohlich | 3.50 | 110.00 | $385.00 |
| 03/29/2006 | DTA | Review email from Tom Frohlich; call to Tom; create spreadsheet of contributions/ld/interest owing for default judgment; email to Tana Hart | 1.6 | 110.00 | $176.00 |
| 03/29/2006 | JWR | Discussed with Sarah; reviewed email, file; researched federal rules and cases on continuing service for default judgments and motions for attorney fees; drafted memo; discussed with Sarah | 1.8 | 85.00 | $153.00 |
| 03/31/2006 | DTA | Revise default judgment | 0.20 | 110.00 | $22.00 |
| 04/04/2006 | DTA | Calls from Tana Hart; revise spreadsheet | 0.60 | 110.00 | $66.00 |
| 04/05/2006 | SEJ | Analysis of including additional amounts owing in default | 0.20 | 160.00 | $32.00 |
| 04/05/2006 | DTA | Conference w/SEJ | 0.20 | 110.00 | $22.00 |
| 04/06/2006 | DTA | Revise spreadsheet | 0.20 | 110.00 | $22.00 |
| 04/11/2006 | DTA | Discuss default judgment w/SEJ | 0.20 | 110.00 | $22.00 |
| 04/12/2006 | SEJ | Continued work on finalizing Motion, Memorandum and Affidavits for Default Judgment | 2.50 | 160.00 | $400.00 |
| 04/18/06 | SEJ | Telephone Tana re exhibits to attach to default judgment (left message); continued review and revisions to same | 0.50 | 160.00 | $80.00 |
| 04/18/2006 | DTA | Review default packet w/SEJ | 0.20 | 110.00 | $22.00 |
| 04/19/2006 | SEJ | Receipt and review of pleading from the court re default; provide instruction re follow-up on same | 0.10 | 160.00 | $16.00 |
| 04/22/2006 | SEJ | Telephone Tom re obtaining copy of signed compliance agreement or CBA to attach as an exhibit (left message) | 0.10 | 160.00 | $16.00 |
| 04/24/2006 | SEJ | Receipt of fax from Tom with Compliance Agreement; provide instruction to staff re finalizing pleadings for same | 0.10 | 160.00 | $16.00 |
| 04/26/2006 | DTA | Update interest calculations; begin revising application for entry of | | | |

| DATE | ID | FOR PROFESSIONAL SERVICES RENDERED | HRS | RATE | AMOUNT |
|---|---|---|---|---|---|
|  |  | default judgment | 0.70 | 110.00 | $77.00 |
| 04/27/2006 | SEJ | Finalize motion for default judgment | 0.60 | 160.00 | $96.00 |
| 04/27/2006 | DTA | Calls to/from Tana Hart; revise spreadsheet of current ld's and interest; revise motion for entry of default judgment; conference w/SEJ | 2.60 | 110.00 | $286.00 |
| 04/28/2006 | DTA | Complete revisions to motion for entry of default judgment, Tana Hart and Tom Frohlich affidavits; email to Tana Hart | 1.30 | 110.00 | $143.00 |

        Subtotal of Paralegals hours    14.3
        Subtotal of Lawclerk hours     1.8
        Subtotal of Attorney hours     14.8

        Total Hours     30.9

Jermain, Dunnagan & Owens
Billing Detail for
Trowel Trades Trusts

Matter # 00112[2]

| DATE | ID | FOR PROFESSIONAL SERVICES RENDERED | HRS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 06/24/2004 | SEJ | Telephone with opposing counsel re: setting up a meeting[3]; Draft note to file; Draft e-mail to Jennifer re: setting up a meeting[4] | 0.30 | 150.00 | $45.00 |
| 06/30/2004 | SEJ | Continued work on arranging meeting; Receipt of message from General Concrete's counsel; Telephone General Concrete's counsel [left message]; Telephone with General Concrete's counsel; Telephone with Tom re: status[5]; Draft memo to file; Telephone with Jennifer re: same. | 0.90 | 150.00 | $135.00 |
| 07/02/2004 | SEJ | Telephone with Eric LeRoy re: status | 0.10 | 150.00 | $15.00 |
| 07/06/2004 | SEJ | Analysis of status with Randy; Telephone Jennifer re: setting up a meeting; Receipt of message from Jennifer re: whether we had received a written proposal; Telephone Eric LeRoy, General Concrete's counsel requesting same; Telephone with Jennifer re: meeting; Receipt and review of fax from Tom. | 0.70 | 150.00 | $105.00 |
| 07/07/2004 | SEJ | Telephone with Tom Frohlich re: meeting and audit; Draft memo to file re: same; Telephone Eric LeRoy re: status; Telephone from Jennifer re: setting up meeting; Draft e-mail to Randy re: same; Telephone with Jennifer re: July 15 meeting; Draft e-mail to Tom and Jennifer re: setting meeting; Receipt and review of proposed plan from General Concrete's counsel; Receipt of message from opposing counsel; Telephone opposing counsel re: meeting. | 1.10 | 150.00 | $165.00 |
| 07/14/2004 | SEJ | Telephone to Tom Frohlich re: setting up a meeting as to audit; Telephone with Eric LeRoy re: same; Receipt of call from Tom re: meeting; | 0.40 | 150.00 | $60.00 |
| 07/26/2004 | SEJ | Receipt of message from Eric LeRoy; Telephone with Eric LeRoy re: scheduling a meeting; Draft memo to file re: same; Provide instruction to staff re: drafting a letter confirming okay to talk with Angel and attend meeting without attorney being present; Begin review and edit of letter re: same. | 0.40 | 150.00 | $60.00 |
| 07/29/2004 | SEJ | Review of fax from Angel re: her view of status of matter; Provide instruction re: setting up a meeting; Telephone Mike Brady re: status; Dictate memo re: same; Telephone from Jennifer with Angel re: audit x2; Telephone from Jennifer re: status of case, discussions with Gallagher, etc.; Dictate memos to file re: same; Draft e-mail to Tom re: other avenues to pursue; Receipt and review of e-mail from Jennifer | 1.10 | 150.00 | $165.00 |
| 08/04/2004 | LSS | Conference with Sarah re: Confession of Judgment and mtg on 8/5 | 0.20 | 95.00 | $19.00 |
| 08/04/2004 | LSS | Draft Confession of Judgment. | 0.60 | 95.00 | $57.00 |
| 08/04/2004 | SEJ | Begin review of new confession. | 0.20 | 150.00 | $30.00 |

---

[2] There are two matters referenced for General Concrete (39000.112 and 39000.161). The original matter opened in 1996 was for collection of unpaid contributions is #39000.112. That matter number was used until 2005 when a new file was opened for collection of additional unpaid contributions by General Concrete, file #39000.161.
[3] Opposing counsel for General Concrete at one time was Eric LeRoy.
[4] Jennifer Stout was Collections Coordinator for Alaska Laborers-Employers Trust Funds; Jennifer Stout was replaced by Tana Hart, the current Collections Coordinator for Alaska Laborers-Employers Trust Funds.
[5] Tom Frohlich is Business Manager for the Plasterers and Cement Masons ("the Trowel Trades").

4

| DATE | ID | FOR PROFESSIONAL SERVICES RENDERED | HRS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 08/27/2004 | SEJ | Preparation for and attendance at conference with General Concrete and its counsel. | 1.80 | 150.00 | $270.00 |
| 09/08/2004 | SEJ | Telephone with Eric LeRoy re: client's accepting proposal as long as full payment of $2,500/$2,500/$10,000.00 are made and a Confession is signed; telephone Jennifer with status [left message]. | 0.20 | 150.00 | $30.00 |
| 09/10/2004 | SEJ | Provide instruction re: following up with opposing counsel as to obtaining payment and signed agreement. | 0.10 | 150.00 | $15.00 |
| 09/16/2004 | SEJ | Telephone to Eric Leroy re: status of obtaining signed confession; Telephone Tom re: same. | 0.40 | 150.00 | $60.00 |
| 09/17/2004 | COT | Draft and review Confession of Judgment; Settlement Agreement and Agreement not to Execute. | 2.00 | 150.00 | $300.00 |
| 09/24/2004 | COT | Client phone conversation; review documents from file; draft confession of judgment and return client phone call. | 1.00 | 150.00 | $150.00 |
| 09/25/2004 | COT | Review confession of judgment. | 0.50 | 150.00 | $75.00 |
| 09/27/2004 | SEJ | Telephone from Tom re: status of obtaining signed Confessions for audit amounts and wages and his discussions with General Concrete; Follow-up re: same. | 0.20 | 150.00 | $30.00 |
| 09/28/2004 | SEJ | Review status of draft confession; Provide instruction re: finalizing confession and additional information required. | 0.10 | 150.00 | $15.00 |
| 09/29/2004 | LSS | Work on Confession of Judgment. | 0.40 | 95.00 | $38.00 |
| 09/30/2004 | LSS | Conference with Sarah re: amounts covered by Confession of Judgment | 0.20 | 95.00 | $19.00 |
| 09/30/2004 | LSS | Revise Confession of Judgment and Settlement Agreement; telephone conference with Jennifer | 0.40 | 95.00 | $38.00 |
| 09/30/2004 | SEJ | Provide instruction re: Confession of Judgment and drafting memo re: status of total contributions, interest, and liquidated damages owed; Review and revise same; Receipt of message from Jennifer; Review of memo re: status of account; Telephone with Jennifer re: calculations; Receipt of e-mail from Jennifer with calculations. | 0.80 | 150.00 | $120.00 |
| 10/01/2004 | RGS | Preparation and conf. w/S. Sims re: payment of contributions and wages; review provisions of confession of judgment; instruct staff. | 1.20 | 175.00 | $210.00 |
| 10/02/2004 | SEJ | File status review from Sherry re: obtaining payment and signed confessions. | 0.10 | 150.00 | $15.00 |
| 10/11/2004 | LSS | Review Confession of Judgment. | 0.20 | 95.00 | $19.00 |
| 10/12/2004 | SEJ | Review and revise settlement agreement | 0.20 | 150.00 | $30.00 |
| 10/13/2004 | LSS | Review file for start of audit period; email to Teresa for fees incurred from December 2003 to present. | 0.30 | 95.00 | $28.50 |
| 10/13/2004 | LSS | Conference with Sarah re: status of current Confessions of Judgment and payment expected. | 0.20 | 95.00 | $19.00 |
| 10/13/2004 | SEJ | File status review and update re: finalizing and obtaining signed agreements. | 0.20 | 150.00 | $30.00 |
| 10/15/2004 | LSS | Conference with Sarah and email to Jennifer re: fees. | 0.10 | 95.00 | $9.50 |
| 10/15/2004 | LSS | Revise Confession of Judgment with new attorney fees number. | 0.10 | 95.00 | $9.50 |
| 10/28/2004 | COT | Draft revised confession of judgment; settlement agreement. | 1.50 | 150.00 | $225.00 |
| 10/28/2004 | COT | Meet with SEJ to discuss settlement agreement. | 0.40 | 150.00 | $60.00 |
| 10/28/2004 | SEJ | Continued revisions to settlement agreement and confession. | 0.20 | 150.00 | $30.00 |
| 10/29/2004 | SEJ | File status review and update re: finalizing confession. | 0.10 | 150.00 | $15.00 |
| 11/05/2004 | SEJ | Review and revise letter to Eric LeRoy re: whether he is still representing General Concrete. | 0.20 | 150.00 | $30.00 |
| 11/08/2004 | COT | Draft email to Jennifer re: status of settlement. | 0.20 | 150.00 | $30.00 |
| 11/15/2004 | COT | Status report; email Jennifer draft confessions; phone conversation with Tom. | 0.80 | 150.00 | $120.00 |
| 11/17/2004 | COT | Meet with SEJ; confirm amounts paid; conversation with Mike re: co | 0.30 | 150.00 | $45.00 |

5

| DATE | ID | FOR PROFESSIONAL SERVICES RENDERED | HRS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | confession of judgment | | | |
| 11/18/2004 | COT | Discuss confessions of judgment with SEJ (n/c) | 0.20 | 0.00 | $0.00 |
| 11/18/2004 | SEJ | Edit and finalize Confession. | 0.30 | 150.00 | $45.00 |
| 11/30/2004 | SEJ | Provide instruction re: contacting Lawrence and Angel as to status of obtaining confession. | 0.10 | 150.00 | $15.00 |
| 12/02/2004 | COT | Draft letter to General Concrete re: confession of judgments. | 0.20 | 150.00 | $30.00 |
| 12/03/2004 | SEJ | Receipt of message from General Concrete re: confession. No charge. | 0.10 | 0.00 | $0.00 |
| 12/15/2004 | SEJ | Receipt of message from Lawrence at General Concrete; Provide instruction re: follow-up of same; Review status of obtaining signed confession of judgment and settlement agreement. | 0.20 | 150.00 | $30.00 |
| 12/17/2004 | COT | Phone conversation with Gen. Concrete re: settlement agreement | 0.10 | 150.00 | $15.00 |
| 12/17/2004 | SEJ | File status review and update re: communications with employer and getting signed confession. | 0.10 | 150.00 | $15.00 |
| 12/20/2004 | COT | Phone conversation with General Concrete re: settlement agreement. | 0.10 | 150.00 | $15.00 |
| 01/12/2005 | SEJ | File status review and update re: discussions with employer and getting confession and settlement agreement signed. | 0.20 | 150.00 | $30.00 |
| 01/31/2005 | COT | Phone conversations with General Concrete re: confession of judgment; review attorney fees. | 0.20 | 160.00 | $32.00 |
| 02/01/2005 | COT | Phone conversation with Osowski.[6] | 0.30 | 160.00 | $48.00 |
| 02/02/2005 | COT | Note to file; message with opposing attorney re: terms of counteroffer. | 0.10 | 160.00 | $16.00 |
| 02/03/2005 | COT | Phone conversation with Tom Frohlich re: fax from LB. | 0.20 | 160.00 | $32.00 |
| 02/11/2005 | COT | Draft letter to General Concrete. | 0.30 | 160.00 | $48.00 |
| 02/23/2005 | COT | Follow-up letter to Osowski re: settlement. | 0.10 | 160.00 | $16.00 |
| 05/03/2005 | SEJ | Receipt of message from Tom re: General Concrete's questions as to audit costs; Provide instruction re: contacting Lockitch Clements and Rice re: same.[7] | 0.20 | 160.00 | $32.00 |
| 05/05/2005 | LSS | Review file for status and amounts owed. | 0.20 | 110.00 | $22.00 |
| 05/05/2005 | SEJ | Receipt and review of e-mail from paralegal re: status of file; Provide instruction re: same. | 0.10 | 160.00 | $16.00 |
| 05/09/2005 | SEJ | Telephone from Tom re: cost of the audit; Provide instruction re: follow-up re: same. | 0.20 | 160.00 | $32.00 |
| 06/05/2005 | SEJ | File status review and update re: drafting suit for more recent amounts owing and executing on judgment. | 0.20 | 160.00 | $32.00 |
| 06/07/2005 | SEJ | File status review re: filing complaint in federal court for more recent amounts owing. | 0.10 | 160.00 | $16.00 |
| 06/13/2005 | SEJ | Provide instruction re: complaint. | 0.10 | 160.00 | $16.00 |
| 06/15/2005 | SEJ | Finalize complaint; Provide instruction re: summons and service re: same. | 0.50 | 160.00 | $80.00 |
| 07/07/2005 | SEJ | Receipt and review of e-mail from staff re: status of service. | 0.10 | 160.00 | $16.00 |
| 07/26/2005 | SEJ | Draft e-mail to staff re: status of service of complaint; Receipt of status of service; Provide instruction re: calendaring due date for answer or moving for entry of default. | 0.20 | 160.00 | $32.00 |
| 08/09/2005 | SEJ | Provide instruction re: seeking entry of default if answer is not received on Thursday the 11th. | 0.20 | 160.00 | $32.00 |
| 09/20/2005 | SEJ | Continued review and revisions to status report; Draft e-mail to paralegal re: same; Forward report to Tana for her consideration. | 0.30 | 160.00 | $48.00 |
| 10/03/2005 | SEJ | Receipt and review of Clerk's Notice re: status of obtaining default; Receipt and review of Amended Minute Order giving additional | 0.20 | 160.00 | $32.00 |

---

[6] Shane Osowski was representing General Concrete for a period of time.
[7] Lockitch, Clements & Rice is the firm that conducted the audit.

6

| | | | | | |
|---|---|---|---|---|---|
| | | time to General Concrete to obtain counsel; Provide instruction re: calendaring same. | | | |
| 10/28/05 | SEJ | Receipt and review of fax from General Concrete; provide instruction re follow-up on same | 0.20 | 160.00 | $32.00 |
| 11/12/2005 | SEJ | Receipt and review of fax from General Concrete; Draft e-mail to staff providing instruction to forward same to client; Draft e-mail to Tom and Tana re: same. | 0.40 | 160.00 | $64.00 |
| 11/15/2005 | SEJ | Provide instruction re: contacting General Concrete about their answer. | 0.10 | 160.00 | $16.00 |
| 12/15/2005 | SEJ | Confer with Tana re: status. | 0.10 | 160.00 | $16.00 |
| 12/18/2005 | SEJ | Telephone Tom Frohlich re: status of settlement proposal [left message]. | 0.10 | 160.00 | $16.00 |
| 12/19/2005 | SEJ | Telephone from Tom returning my call re: General Concrete's offer; Draft note to file re: same. | 0.30 | 160.00 | $48.00 |
| 12/29/2005 | SEJ | Analysis of next step in litigation to obtain judgment when General Concrete has answered, but court insisted they find counsel; Review federal rules re: same; Provide instruction re: contacting court re: same; Receipt of information from court; Begin revisions to motion for entry of default judgment; Review and revise application for entry of default. | 0.70 | 160.00 | $112.00 |
| 01/01/2006 | SEJ | Continued review and revisions of affidavit in support of entry of default, entry of default, and application for same. | 0.30 | 160.00 | $48.00 |
| 01/04/2006 | SEJ | File status review and update re: litigation; Continued work on finalizing affidavit in support of entry of default; Provide instruction re: finalizing and filing with court. | 0.30 | 160.00 | $48.00 |
| 01/25/2006 | SEJ | Receipt and review of e-mail from federal court re: reassignment of the General Concrete case. | 0.10 | 160.00 | $16.00 |
| 02/02/2006 | SEJ | Review letter from Lawrence Belarde requesting reconsideration of bar complaint; receipt and review of letter from Steve Van Goor addressing same | 0.20 | 160.00 | $32.00 |
| 03/30/2006 | SEJ | Continued work on finalizing default judgment and motion for fees; review memo of service re same; review email from paralegal re status of file and accounting | 0.40 | 160.00 | $64.00 |

                                               Subtotal of Paralegals hours   3.0
                                               Subtotal of Attorney hours   25.1

                                               Total Hours   28.1