Sarah E. Josephson, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 'A' Street, Suite 300
Anchorage, Alaska  99503
(907) 563-8844

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRUSTEES of the ALASKA TROWEL TRADES PENSION AND APPRENTICESHIP TRUST FUNDS, and the ALASKA LABORERS HEALTH AND SECURITY FUND,<br><br>            Plaintiffs,<br><br>vs.<br><br>GENERAL CONCRETE, INC.,<br><br>            Defendant. | Case No. 3:05-CV-141-RRB |

### NOTICE OF COST BILL HEARING

NOTICE IS HEREBY GIVEN THAT a hearing will be held at 1:30 p.m. on May 30, 2006, at the Federal Building, U. S. Courthouse, 222 W. 7th Avenue, Room 229, Anchorage, Alaska regarding the Bill of Costs filed by Plaintiffs on May 23, 2006.

DATED at Anchorage, Alaska this 24th day of May, 2006.

JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for Plaintiffs


By: _____/s/_____
Sarah E. Josephson
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK  99503
(907) 563-8844
(907) 563-7322
sjosephson@jdolaw.com
ABA No. 9705017