IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRUSTEES of the ALASKA TROWEL TRADES PENSION AND APPRENTICESHIP TRUST FUNDS, and the ALASKA LABORERS HEALTH AND SECURITY FUND,<br><br>        Plaintiffs,<br><br>vs.<br><br>GENERAL CONCRETE, INC.,<br><br>        Defendant. | Case No. 3:05-CV-141-TMB |

## ORDER GRANTING ATTORNEYS FEES

Plaintiffs, Trustees of the Alaska Trowel Trades Pension Trust Fund, Alaska Trowel Trades Apprenticeship Trust Funds, and the Alaska Laborers-Construction Health and Securities Fund, have moved for an award of attorney fees. Docket 21. Defendant having defaulted, and this Court having considered Plaintiffs' motion, IT IS HEREBY ORDERED that Plaintiffs' Motion for Attorney Fees is GRANTED.

Plaintiffs, Trustees of the Alaska Trowel Trades Pension Trust Fund, Alaska Trowel Trades Apprenticeship Trust Funds, and the Alaska Laborers-Construction Health and Securities Fund, are awarded attorney fees in the amount of $8,140.00. It is so ordered.

Dated: July 25, 2006

s/ Timothy Burgess
TIMOTHY M. BURGESS
U.S. DISTRICT COURT JUDGE