IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

TRUSTEES of the ALASKA TROWEL TRADES PENSION AND APPRENTICESHIP TRUST FUNDS, and the ALASKA LABORERS HEALTH AND SECURITY FUND,

    Plaintiffs,

vs.

GENERAL CONCRETE, INC.,

    Defendant.

Case No. 3:05-CV-141-TMB

**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**

STATE OF ALASKA    )
                                  )SS.
THIRD JUDICIAL DISTRICT  )

I, __Sarah E. Josephson__ hereby state under oath:

1. Judgment for $ __11,950.46__ was entered on __May 17, 2006__ in the docket of the above-entitled court action, in favor of the <u>TRUSTEES of the ALASKA TROWEL TRADES PENSION AND APPRENTICESHIP TRUST FUNDS, and the ALASKA LABORERS HEALTH AND SECURITY FUND</u> as Judgment Creditors and against <u>GENERAL CONCRETE, INC,</u> as Judgment Debtor.

   (IF A REGISTERED JUDGMENT:)
   Said judgment was registered herein under Title 28, U.S. Code, Section 1963, being a judgment which was obtained in

   Civil Case No. _____ in the U.S. District Court

   for the District of _____, and which has become FINAL.

2. I am the attorney for said Judgment Creditors <u>TRUSTEES of the ALASKA TROWEL TRADES PENSION AND APPRENTICESHIP TRUST FUNDS, and the ALASKA LABORERS HEALTH AND SECURITY FUND</u> and request issuance of a Writ of Execution on the judgment.

3. The Judgment Debtor __was not__ represented by Counsel.
                                   was/was NOT

4. The Judgment entered __was__ a Default Judgment.
                                   was/was NOT

5. ACCRUED since the entry of judgment are the following sums:

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

$ 8,140.00    attorney fees inserted on final judgment.

$ 1,186.55    accrued interest, computed at    4.94    %
(Judgments registered under 28 U.S.C. 1963 bear the
rate of interest of the District of origin).

$ 263.69    accrued costs inserted on final judgment.

6. CREDIT must be given for payments and partial satisfaction in the total amount of:

$ 13.11    which is to be first credited against the total accrued interest and accrued costs, with any excess credited against the judgment as entered, leaving a net balance of:

$ 21,527.59 ACTUALLY DUE as of July 23, 2007, to the TRUSTEES of the ALASKA TROWEL TRADES PENSION AND APPRENTICESHIP TRUST FUNDS, and the ALASKA LABORERS HEALTH AND SECURITY FUND. Of this total, $20,341.24 is the amount of the original judgment as entered still remaining due and bearing interest at 4.94 % in the amount of $ 2.75 per day from May 17, 2006, forward.

Dated: 7/24/07                    By: _____
                                  Sarah E. Josephson
                                  Jermain, Dunnagan & Owens
                                  3000 A Street, Suite 300
                                  Anchorage, AK  99503
                                  (907) 563-8844
                                  (907) 563-7322
                                  sjosephson@jdolaw.com
                                  ABA No. 9705017

SUBSCRIBED and sworn to before me this
24th day of July, 2007.

_____
Notary Public in and for Alaska
My commission expires   3/20/11

[Notary seal: LESLIE D. JONES, NOTARY PUBLIC, STATE OF ALASKA]

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322