Sarah E. Josephson, Esq.
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 'A' Street, Suite 300
Anchorage, Alaska 99503
(907) 563-8844

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

TRUSTEES of the ALASKA TROWEL TRADES
PENSION AND APPRENTICESHIP TRUST FUNDS,
and the ALASKA LABORERS HEALTH AND
SECURITY FUND,

    Plaintiffs,

vs.

GENERAL CONCRETE, INC.,

    Defendant.

Case No. 3:05-CV-141-TMB

**CREDITOR'S AFFIDAVIT**

STATE OF ALASKA    )
    ) ss.
THIRD JUDICIAL DISTRICT    )

    I, Sarah E. Josephson, attorney for the plaintiffs in the above-captioned action, upon oath or affirmation and under penalty of perjury, state as follows:

    1.    This law firm obtained a judgment against General Concrete, Inc., in the total amount of $20,354.15.

    2.    I will attempt to satisfy the judgment by levying against the following property, which we believe is not exempt and is <u>not</u> property of a type subject to value limitations under AS 09.38.010, *et seq.*:

The bank account(s) of General Concrete, Inc. and General Concrete, Inc.'s receivables.

3. The debtor is a corporation and no exemptions are available to it.

DATED at Anchorage, Alaska, this _24th_ day of July, 2007.

By: _____
Sarah E. Josephson
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, AK 99503
(907) 563-8844
(907) 563-7322
sjosephson@jdolaw.com
ABA No. 9705017

SUBSCRIBED and SWORN to before me this _24th_ day of July, 2007, at Anchorage, Alaska.

_____
Notary Public in and for the State of Alaska
My commission expires: _3/20/11_

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Creditor's Affidavit
Case No. 3:05-CV-141-TMB                                                Page 2 of 2