IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRUSTEES of the ALASKA TROWEL TRADES PENSION AND APPRENTICESHIP TRUST FUNDS, and the ALASKA LABORERS HEALTH AND SECURITY FUND,<br><br>    Plaintiffs,<br><br>vs.<br><br>GENERAL CONCRETE, INC.,<br><br>    Defendant. | Case No. 3:05-CV-141-TMB<br><br>**WRIT OF EXECUTION** |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On May 17, 2006 a judgment was entered in the docket of the above-entitled court action, in favor of

> TRUSTEES of the ALASKA TROWEL TRADES PENSION AND APPRENTICESHIP TRUST FUNDS, and the ALASKA LABORERS HEALTH AND SECURITY FUND as Judgment Creditors and against GENERAL CONCRETE, INC. as Judgment Debtor.
>
> $ 11,950.46 principal,
>
> $ 8,140.00 attorney fees,
>
> $ interest,
>
> $ 263.69 costs, and
>
> $ credit, making a total amount of
>
> $ 20,354.15 JUDGMENT AS ENTERED

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

> $ 1,186.55 accrued interest (8/17/06 – 7/23/07), and
>
> $ accrued costs, making a total of
>
> $ 21,540.70 JUDGMENT AS ENTERED

CREDIT must be given for payments and partial satisfactions in the the amount of:

$  -13.11  which is to be first credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of

$  21,527.59  ACTUALLY DUE ON July 23, 2007, to the TRUSTEES of the ALASKA TROWEL TRADES PENSION AND APPRENTICESHIP TRUST FUNDS, and the ALASKA LABORERS HEALTH AND SECURITY FUND, the date of the request for issuance of this writ, of which

$  21,527.59  is due on the judgment as entered, and bears an interest rate at  4.94 % per annum in the amount of

$  2.75  PER DAY, from the date of the request for issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the personal property of the said debtor in your district, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs, and make sale thereof according to law; and if sufficient personal property cannot be found, then you are further commanded to make the amount of said judgment, interest, and increased costs out of his real property.

HEREIN FAIL NOT, and have you then and there this writ.

DATED _____                                    IDA ROMACK, CLERK

[SEAL]                                                                       BY: _____
                                                                                    Deputy Clerk