**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Trustees of the Alaska Trowel Trades Pension Trust et al. | 3:05-CV-141-TMB |
| DEFENDANT | TYPE OF PROCESS |
| General Concrete, Inc. | Writ of Execution |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Wells Fargo Bank

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
301 W. Northern Lights Blvd.   Anchorage, A 99503

RECEIVED NOV 07 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dawn Andrews
Jermain, Dunnagan & Owens
3000 A Street, Suite 300
Anchorage, A 99503

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve writ of execution, notice of levy and response to levy.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (907) 563-8844
DATE: 7/23/07
[Signed] Dawn Andrews

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 4 | 4 | [signed] | 8/13/07 |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
April J. Park  Store Manager

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 8/7/07   Time: 1410 pm
Signature of U.S. Marshal or Deputy: [signed]

5 x 48.5

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45— | 2.43 | | $47.43 | | | |

REMARKS:

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

AUG. 9, 2007  1:06PM    WELLS FARGO BANK

A/c 01417 No. 4586-- P. 2 (npus)
12:17 PM
01417 K3212-01
April J. Park
APark
No Fee

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

TRUSTEES of the ALASKA TROWEL TRADES PENSION AND APPRENTICESHIP TRUST FUNDS, and the ALASKA LABORERS HEALTH AND SECURITY FUND,

Plaintiffs,

vs.

GENERAL CONCRETE, INC.,

Defendant.

Case No. 3:05-CV-141-TMB

NOTICE OF LEVY
BY A COURT WRIT

To:  Wells Fargo Bank of Alaska
     301 W. Northern Lights Blvd.
     Anchorage, AK 99503

YOU ARE HEREBY NOTIFIED that all money, stocks, bonds, personal property, credits and debts due or owing in your possession or under your control belonging to: GENERAL CONCRETE, INC., Federal Tax ID#: 92-0108713 not exceeding the sum of $21,527.59 are hereby levied upon by the attached Writ of Execution. Do not release said money, stocks, bonds, personal property, credits and debts to anyone other than U.S. Marshal. You must complete the attached Response to Levy and return it to the U.S. Marshals office within 24 hours pursuant to AS 09 40.060.

Date: 8/7, 2007

Amount of Writ:    $21,527.59
Service Fee:       $   47.00
Interest:          $    2.75  per day
Total Due:         $

RANDY M. JOHNSON
United States Marshal
District of Alaska
222 West 7th Avenue #28
Anchorage, Alaska 99513
(907) 271-5154

By: _____
Deputy U.S. Marshal

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

************************************
## RESPONSE TO LEVY

To United States Marshal:

You are notified that Wells Fargo Bank of Alaska ( ) does (X) does not have money, personal property, credits, or debts belonging to <u>GENERAL CONCRETE, INC.</u>, in the amount of $ __Account Closed__ of which $ __Account Closed__ is being released to you. There is no other property of any kind belonging to judgment debtor in our possession or under our control.

DATE: __8/9__   SIGNATURE: __[signed]__

(Type or Print Name) __KRYSTAL REYES__

TITLE: __PROCESSOR__

---

Make checks payable to:
**"CLERK OF COURT"**
Note Case Number on the checks.
************************************
Mail "Response to Levy" & check to:
U.S. Marshals Service
222 W. 7th Ave., #28
Anchorage, AK 99513

---

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Notice of Levy by Court Writ
Case No. 3:04-CV-00030-JKS

Page 2