IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRUSTEES of the ALASKA TROWEL TRADES PENSION AND APPRENTICESHIP TRUST FUNDS, and the ALASKA LABORERS HEALTH AND SECURITY FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL CONCRETE, INC.,<br><br>Defendant. | Case No. 3:05-CV-141-TMB |

**MOTION FOR JUDGMENT DEBTOR EXAM**

COMES NOW Plaintiff, Jermain, Dunnagan & Owens, P.C., by and through its counsel of record, JERMAIN DUNNAGAN & OWENS, P.C. and, pursuant to Alaska Rule of Civil Procedure 69(a), hereby moves this Court for an Order requiring General Concrete, Inc. to appear and answer questions concerning money and property that the Judgment Debtors may have, which may be subject to execution.

Plaintiffs also respectfully request an Order restraining the Judgment Debtors or any party associated with Debtors that may hold an interest, from selling, transferring or in any manner disposing of any money or property that may be liable to execution pending satisfaction of the Judgment pursuant to Alaska Rule of Civil Procedure 69(c).

Finally, attached to the Affidavit of Counsel as Exhibit B is a list of documents that Plaintiffs request General Concrete bring to the Judgment Debtor Exam pursuant to Alaska Rule of Civil Procedure 69(b)(1).

This Motion is fully supported by the attached Affidavit of Counsel.

DATED at Anchorage, Alaska, this 3rd day of January, 2008.

          JERMAIN, DUNNAGAN & OWENS, PC
          Attorneys for Plaintiffs

By:   s/Raymond E. Goad, Jr.
      Raymond E. Goad, Jr.
      3000 A Street, Suite 300
      Anchorage, AK  99503
      (907) 563-8844
      (907) 563-7322
      rgoad@jdolaw.com
      Alaska Bar No. 0111062

**Certificate of Service**

The undersigned certifies that on the 3rd day of January, 2008, a true and correct copy of the foregoing was served by U.S. Mail, postage prepaid on the following:

Lawrence Belarde
Registered Agent
General Concrete
7140 Stella No. 2
Anchorage, AK  99507

s/Raymond E. Goad, Jr.