IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRUSTEES of the ALASKA TROWEL TRADES PENSION AND APPRENTICESHIP TRUST FUNDS, and the ALASKA LABORERS HEALTH AND SECURITY FUND,<br><br>  Plaintiffs,<br><br>vs.<br><br>GENERAL CONCRETE, INC.,<br><br>  Defendant. | Case No. 3:05-CV-141-TMB |

**ORDER**

Having considered Plaintiffs' Motion for Judgment Debtor Exam with regard to Judgment Debtor, General Concrete, Inc., the Judgment Debtor shall appear and answer questions about money and other assets that may be subject to execution by Judgment Creditors.

IT IS FURTHER ORDERED that Judgment Debtor and/or any party associated with Debtor that may hold any interest in the assets of Judgment Debtor are HEREBY RESTRAINED from selling, transferring or otherwise disposing of any money or property liable to execution pending satisfaction of the Judgment at issue herein, pursuant to Alaska Rule of Civil Procedure 69(c).

IT IS FURTHER ORDERED that General Concrete, Inc., is to bring with them to the Judgment Debtor Exam the documents listed on Exhibit B attached.

Finally, IT IS HEREBY ORDERED that the Judgment Debtor exam shall take place in courtroom No. _____ on the _____ day of _____, 200__ at _____:_____ a.m./p.m.

DATED this _____ day of _____, 200__ at Anchorage, Alaska.

_____
The Honorable John D. Roberts
Judge of the District Court

**Certificate of Service**

The undersigned certifies that on the 3rd day of January, 2008, a true and correct copy of the foregoing was served by U.S. Mail, postage prepaid on the following:

Lawrence Belarde
Registered Agent
General Concrete
7140 Stella No. 2
Anchorage, AK  99507

s/Raymond E. Goad, Jr.

EXHIBIT B
MOTION FOR JUDGMENT DEBTOR TO APPEAR

A copy of all federal and state income tax returns filed by or on behalf of General Concrete, Inc. for the years 2001 through the present, or any portion thereof.

A copy of any and all documents of title or ownership, including leases or rental agreements to all real property in which General Concrete, Inc., either by itself or with any other person or entity had an interest during the period January 1, 2001, to the present, or any portion thereof.

All documents of title to all vehicles, including, but not limited to, any automobile, recreational vehicle, truck, trailer, boats, or airplanes in which General Concrete, Inc., either by itself or with any other person or entity has or had an interest during the period commencing January 1, 2001, to the present, or any portion thereof, whether or not the title reflects an interest of General Concrete, Inc.

All deposit receipts and deposit books for any financial account in which General Concrete, Inc., either by itself or with any other person or entity has or had an interest during the period commencing January 1, 2001, through the present or any portion thereof, whether or not the statement reflects General Concrete, Inc. as an account holder.

All documents which reflect the sale, transfer, or other disposition of any of the assets of General Concrete, Inc., either by itself or with any other person or entity at any time between January 1, 2001, and the present.

All registers, bank statements, certificates, and books relating to any accounts held at banks, savings and loan associations, credit unions, brokerage houses, or other financial institutions in which General Concrete, Inc., either by itself or with any other person or entity owned, controlled or had an interest in during the past three (3) years.

All deeds of trust, promissory notes, list of accounts receivable, security interests, or liens General Concrete, Inc., either by itself or with any other person or entity has had, controlled, or had an interest in during the last three (3) years.

All deeds of trust, promissory notes, and security interests issued by General Concrete, Inc. between January 1, 2001, and the present.

Original stock certificates, membership documents, or other evidence of ownership for any corporations, partnerships, limited liability companies or other entities relating to investments which General Concrete, Inc., either by itself or with any other person or entity owned, controlled, or had an interest in during the past five (5) years.

Tax returns for all corporations, partnerships, limited liability companies, or other business entities which General Concrete, Inc., either by itself or with any other person or entity owned, controlled or had an interest in during the past five (5) years.

All ad valorem tax returns (property tax returns) prepared or filed by or on behalf of General Concrete, Inc., either by itself or with any other person or entity or any entity in which it owned, controlled or had an interest in during the past five- (5) years.

Copies of all contracts General Concrete, Inc., entered into and/or performed since January 1, 2001.

A copy of any and all documents reflecting receivables or any other monies owed to General Concrete, Inc., including the name, address, and amount owed by the account debtor.