IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRUSTEES of the ALASKA TROWEL TRADES PENSION AND APPRENTICESHIP TRUST FUNDS, and the ALASKA LABORERS HEALTH AND SECURITY FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL CONCRETE, INC.,<br><br>Defendant. | Case No. 3:05-CV-141-TMB |

### AFFIDAVIT OF COUNSEL IN SUPPORT OF
### MOTION FOR JUDGMENT DEBTOR EXAM

Raymond E. Goad, Jr., having been duly sworn, attests to the following:

1. I am an attorney with the law firm of Jermain, Dunnagan & Owens, P.C., which represents Plaintiffs in this matter.

2. Plaintiffs are a judgment creditor of Defendant, General Concrete, Inc., pursuant to the Default Judgment, entered on May 17, 2006, in the total amount of $20,354.15, plus interest at the rate of 10% per annum from May 1, 2006, until satisfied, (Exhibit A attached hereto).

3. Assets of the judgment debtor sufficient to satisfy the judgment may be located within the jurisdiction of this Court, but their whereabouts are presently unknown to judgment creditor.

4. Judgment creditor, through counsel herein, seek a judgment debtor examination of General Concrete, Inc., defendant in the above-captioned matter.

5. Attached hereto as Exhibit B is a list of documents Plaintiffs request that General Concrete, Inc. be required to bring with them to the Judgment Debtor Exam.

FURTHER THIS AFFIANT SAYETH NAUGHT.

_____
Raymond E. Goad, Jr.

SUBSCRIBED AND SWORN TO BEFORE me this 3rd day of January, 2008.

_____
Notary Public in and for Alaska
My Commission Expires: 3/20/11

**Certificate of Service**

The undersigned certifies that on the 3rd day of January, 2008, a true and correct copy of the foregoing was served by U.S. Mail, postage prepaid on the following:

Lawrence Belarde
Registered Agent
General Concrete
7140 Stella No. 2
Anchorage, AK  99507

s/Raymond E. Goad, Jr.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

{00168687}Case No. 3:05-CV-141 TMB
AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR JUDGMENT DEBTOR EXAM
Page 2 of 2