# NOTICE OF NON-COMPLIANCE WITH RULES

U.S. District Court, Office of the Clerk, 222 W. 7th Ave., Rm 229, Anchorage, AK 99513-7564, 907-677-6100

To: Lawrence Belarde - General Concrete Co.     Case Number: 3:05-cv-00141-TMB
      7140 Stella #2       Case Title: Trustees of Ak Trowel v General Concrete Co.
      Anchorage, AK 99507       Docket No: 33

Document Title: Objection by Defendants to Plaintiffs Motion for Judgment Debtor Exam

**Part I.** This form is being sent as a courtesy to advise you that document(s) filed in the above referenced case were not in compliance with Local and/or Federal Court Rules and to prevent such deficiencies in the future. The documents have been filed. The following deficiencies were identified:

<u>LR 3.1 Papers to Accompany Filing</u>
___(a) Cover Sheet missing

___OTHER (see comments)

<u>LR 10.1 Form of Pleading</u>
___ (a) General - see Comments Below
___ (b) No Chamber copy(s)-copy charge

Amount Due: $_____

********************************************************************************

**Part II.** This form is being sent to advise you that document(s) are being returned for the following reasons:

<u>FRCP 5(d) Serving & Filing Pleadings and Other Papers</u>
___ Discovery documents are not routinely filed
___ Depositions are not routinely filed

___ Pursuant to Court Order
XX  OTHER (see comments)

<u>28:1914(a) Filing Fee</u>
___Returned for Filing Fee <u>or</u> waiver of fees

<u>FRCP 10 Form of Pleading</u>
___(a) Returned Complaint - Names of Parties not listed

********************************************************************************

**Part III.** This form is being sent to advise you that document(s) were not in compliance with Local and/or Federal Court Rules, which may result in the document(s) being stricken, <u>if not corrected</u> within 7 days:

<u>LR 10.1 Form of Pleading</u>
___(e) First page information missing (see comments below)
___(f) Document is not signed

___ OTHER (see comments)

<u>LR 5.1 Proof of Service</u>
___No proof of service on the document filed

********************************************************************************

**Comments:** Pursuant to District of Alaska Local Rule 11.1(a)(2) - Partnerships, corporations and associations must by represented by an attorney.

Name: Pam Richter       Date: **January 7, 2008**