**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

TRUSTEES - ALASKA TROWEL TRADES PENSION, et al.   v.   GENERAL CONCRETE, INC.

THE HONORABLE TIMOTHY M. BURGESS

D<small>EPUTY</small> C<small>LERK</small>                                    CASE NO.  3:05-cv-00141-TMB

 Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: January 31, 2008

| | |
|---|---|
| ___ | Pursuant to D.Ak.LMR 2, the motion at document No. __ is hereby referred to Magistrate Judge . |
| **X** | Pursuant to D.Ak.LMR 2, matters pertaining to enforcing a judgment are hereby referred to Magistrate Judge Roberts. |
| ___ | Pursuant to D.Ak.LMR 2, the above-referenced case is hereby referred to Magistrate Judge  for all pretrial disposition or findings and recommendations. |

[ ]