```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

 TRUSTEES-AK TROWEL TRADES PENSION, ET AL   vs.  GENERAL CONCRETE, INC.
BEFORE THE HONORABLE  JOHN D. ROBERTS   CASE NO.  3:05-CV-00141-TMB

DEPUTY CLERK/RECORDER:         APRIL KARPER

APPEARANCES:    PLAINTIFF:     RAYMOND E. GOAD, JR.

PROCEEDINGS: JUDGMENT DEBTOR EXAM HELD MARCH 26, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:04 a.m. court convened.

Lawrence K. Belarde sworn and testified on behalf of the
plaintiff.

Court directed plaintiff to file a motion to set hearing if an
additional hearing is needed and to give defendant a list of
requested items.

List of Witnesses filed separately.

At 10:50 a.m. court adjourned.

DATE:       March 26, 2008         DEPUTY CLERK'S INITIALS:    AMK

Revised 6/18/07